# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| IN RE: SONIC CORP. CUSTOMER DATA BREACH LITIGATION | ) ) ) ) MDL Case No. 1:17-md-02807-JSG ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) **REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND LR 16.3(b) and 23.1** ) ) |

Pursuant to the Court's December 13, 2017 Order (Dkt. 2) ("Order"), Fed. R. Civ. P. 26(f) and LR 16.3(b) and 23.1, a conference call was held on Thursday, December 21, 2017 between Plaintiffs' counsel, on the one hand: (1) Interim Lead Counsel for Plaintiffs, William Federman, along with two colleagues from his firm, Federman & Sherwood, Joshua Wells and Nicole Johnson, (2) Brian Flick of Dann-Law, Interim Liaison Counsel for Plaintiffs, (3) Thomas A Zimmerman Jr. of Zimmerman Law Offices, P.C., a member of the Interim Plaintiffs' Steering Committee (PSC), and (4) Melissa Emert of Stull, Stull & Brody, a member of PSC; and on the other hand, Defendants' counsel, Craig Cardon and Kari M. Rollins of Sheppard Mullin Richter & Hampton LLP.  The following reflects the Parties' joint report of that meeting as required by the Order.

**I.      List of Pending Motions**

As indicated in the Parties' Preliminary Report submitted to the Court on January 4, 2018, prior to the centralization and transfer of this consolidated litigation, Sonic Corp. filed motions to dismiss in the following cases:

*Gilmore v. Sonic Corp.*, W.D. Okla. Case No. 5:17-cv-01032-M (filed 12/04/17)

*Ramirez v. Sonic Corp.*, W.D. Okla. Case No. 5:17-01044-M (filed 12/04/17)

*Lewin v. Sonic Corp.*, W.D. Okla. Case No. 5:17-01047-M (filed 12/04/17)

## II. Initial Disclosures

Pursuant to the Order, the Parties will exchange the initial, pre-discovery disclosures required by Rule 26(a)(1) on or before January 30, 2018.

## III. Track

The Parties are satisfied with the Mass Tort track recommended by the Court in its Order.

## IV. Alternative Dispute Resolution

The Parties agree that this litigation is likely suitable for some form of alternative dispute resolution ("ADR"), but have not yet determined which ADR mechanism is most suitable, nor have they yet determined at what stage in the proceedings ADR might be most valuable or effective.

## V. Amended Pleadings/Adding Parties

Please see the Recommended Case Management Plan in Section 7 below.

## VI. Referral to Magistrate Judge

Given the decision of the Judicial Panel on Multi-District Litigation to centralize and transfer this litigation to this Court, and the Honorable James S. Gwin, in particular for adjudication and management of coordinated and consolidated pre-trial proceedings, the Parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 29 U.S.C. § 636(c).

## VII. Recommended Case Management Plan

The Parties propose the Court enter an Order setting the following schedule where agreed; where the Parties have not reached agreement regarding the proposed case management plan, the Parties have so indicated below:

| EVENT | DATE |
| --- | --- |
| Deadline to submit agreed protective order | January 4, 2018 |
| Parties to exchange Rule 26 initial disclosures | January 30, 2018 |
| Start of discovery | **Plaintiffs request** that fact discovery commence on January 30, 2018 or prior if granted leave by Court<br><br>**Defendant requests** that discovery be bifurcated between class certification- and merits-related discovery, with discovery relating only to facts necessary for class certification to commence on January 30, 2018. |
| Plaintiffs to file consolidated class action complaint | February 12, 2018 |
| Defendants to file answer or motion to dismiss | March 14, 2018 |
| Plaintiffs to file response in opposition to Defendants' motion to dismiss (if applicable) | April 13, 2018 |
| Defendant to file reply to response in opposition to Defendants' motion to dismiss (if applicable) | April 27, 2018 |
| Hearing on motion(s) to dismiss | May 25, 2018 at 1:30 pm |
| Deadline to file second amended consolidated complaint (if necessary and leave is granted by court) | 28 days after ruling on motion to dismiss |
| Deadline to file second round motions to dismiss, if any | 21 days after filing of second amended consolidated complaint |

| EVENT | DATE |
|---|---|
| Deadline to file opposition to second round motions to dismiss, if any | 21 days after filing of second round motion to dismiss |
| Deadline to file reply to opposition to second round motions to dismiss, if any | 7 days after filing of opposition to second round motion to dismiss |
| Hearing on second round motion to dismiss | 20 days after close of second round of motion to dismiss briefing |
| Close of discovery | **Plaintiffs request** that fact discovery close on December 28, 2018<br><br>**Defendant requests** that discovery be bifurcated between class certification- and merits-related discovery, with discovery relating only to facts necessary for class certification to close on or before October 1, 2018. |
| Deadline for Plaintiffs to identify and submit reports of experts for class certification | October 31, 2018 |
| Deadline for Defendants to identify and submit reports of experts for class certification | November 30, 2018 |
| Last day to depose experts | December 31, 2018 |
| Last day to amend pleadings / add parties | October 31, 2018 |
| Deadline to file motion for class certification and opening *Daubert* motions | January 18, 2019 |
| Deadline to file opposition to motion for class certification and opening *Daubert* motions | February 22, 2019 |
| Deadline to file reply to opposition to motion for class certification and opening *Daubert* motions | March 15, 2019 |
| Hearing on motion for class certification and *Daubert* motions | April 18, 2019 |

Dated:   January 4, 2018					Respectfully submitted,

_/s/ William B. Federman_					_/s/ Kari M/ Rollins_
William B. Federman						Kari M. Rollins (*admitted pro hac vice*)
Carin L. Marcussen						SHEPPARD MULLIN RICHTER & HAMPTON LLP
Joshua D. Wells
FEDERMAN & SHERWOOD					30 Rockefeller Plaza
10205 N. Pennsylvania Ave.					New York, NY 10112
Oklahoma City, OK 73120					Telephone:  212.634.3077
Telephone: 405.235.1560					Fax:  917.438.6173
Fax: 405.239.2112						krollins@sheppardmullin.com
wbf@federmanlaw.com
clm@federmanlaw.com						Craig Cardon (*admitted pro hac vice*)
jdw@federmanlaw.com						SHEPPARD MULLIN RICHTER & HAMPTON LLP
*Interim Lead Counsel for Plaintiffs*				1901 Avenue of the Stars, Suite 1600
								Los Angeles, CA 90067
Brian Flick							Telephone: 310.228.3749
DANN LAW							Fax: 310.228.3701
810 Sycamore St., Third Floor					ccardon@sheppardmullin.com
Cincinnati, Ohio 45202
Telephone:  (216) 373-0539					Liisa M. Thomas (*pro hac vice pending)*
Fax:  (216) 373-0536						David M. Poell (*admitted pro hac vice*)
bflick@dannlaw.com						SHEPPARD MULLIN RICHTER & HAMPTON LLP
*Interim Liaison Counsel for Plaintiffs*			70 West Madison Street, 48th Floor
								Chicago, IL 60602
Thomas A. Zimmerman, Jr.					Telephone: 312.499.6300
ZIMMERMAN LAW OFFICES, P.C.					Fax: 312.499.6301
77 W. Washington Street, Suite 1220				lthomas@sheppardmullin.com
Chicago, Illinois 60602						dpoell@sheppardmullin.com
Telephone: 312.440.0020
Fax: 312.440.4180						David A. Riepenhoff (0075089)
tom@attorneyzim.com						Melanie J. Williamson (0079528)
								FISHEL HASS KIM ALBRECHT DOWNEY LLP
Melissa Emert							7775 Walton Parkway, Suite 200
STULL, STULL, & BRODY						New Albany, OH 43054
6 East 45th Street						Telephone: (614) 221-1216
New York, NY 10017						Fax:  (614) 221-8769
Phone: 954.341.5561						driepenhoff@fishelhass.com
Fax: 954.341.5531						mwilliamson@fishelhass.com
memert@ssbny.com
								*Counsel for Sonic Corp.*

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: 702.880.5554
Fax: 702.385-5518

Michael R. Fuller
OLSEN DAINES
3150 Bancorp Tower
111 Southwest 5th Avenue
Portland, OR 97204
Phone: 503.201.4570
michael@underdoglawyer.com

*Interim Plaintiffs' Steering Committee*