MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 1/11/18 |
| Judge: | James S. Gwin |
| Case No.: | 1:17MD02807 |
| Court Reporter: | None |

IN RE SONICE CORP.,  )
CUSTOMER DATA SECURITY  )
BREACH LITIGATION  )

MATTERS CONSIDERED: Case management conference held.  The motions to dismiss in 17-sb-55001, 17-sb-55002, and 17-sb-55003 are denied as moot pending plaintiffs' filing of a consolidated class action complaint.

TOTAL TIME: 56 min.                             *s/     Melanie Dresch*
                                                Courtroom Deputy Clerk