# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| IN RE: SONIC CORP. CUSTOMER DATA BREACH LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL Case No. 1:17-md-02807-JSG<br><br>JUDGE JAMES S. GWIN |

## PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENAS TO THIRD PARTIES

Pursuant to Fed. R. Civ. P. 45(a)(4), Plaintiffs in the consolidated actions, through counsel, hereby provide notice that they intend to serve the attached Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to each of the following third parties:

1. Cylance Inc.

2. Fortinent Inc.

3. Nessus LLC

4. NuArx Inc.

Dated: March 7, 2018

Respectfully Submitted,

/s/ William B. Federman
William B. Federman
Carin L. Marcussen
Joshua D. Wells
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: 405.235.1560
Fax: 405.239.2112
wbf@federmanlaw.com
clm@federmanlaw.com
jdw@federmanlaw.com
*Interim Lead Counsel*

Marc E. Dann (0039425)
Brian D. Flick (0081605)
DANNLAW
P.O. Box 6031040
Cleveland, OH 44103
Phone: 216.373.0539
Fax: 216.373.0536
notices@dannlaw.com
*Interim Liaison Counsel*

Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Phone: (312) 440-0020
Fax: (312) 440-4180
tom@attorneyzim.com

Michael R. Fuller
OLSEN DAINES
3150 US Bancorp Tower
111 Southwest 5th Avenue
Portland, OR 97204
Phone: 503.201.4570
michael@underdoglawyer.com

Melissa Emert
STULL, STULL, & BRODY
6 East 45th Street
New York, NY 10017
Phone: 954.341.5561
Fax: 954.341.5531
memert@ssbny.com

Miles N. Clark
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
miles.clark@knepperclark.com

*Plaintiffs Steering Committee*

2

## **CERTIFICATE OF SERVICE**

This certifies that the foregoing was filed electronically on March 7, 2018. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system or via U.S. mail, postage prepaid, as certified by the Court's Certificate of Service generated upon filing.

/s/ William B. Federman