UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDINGS--CIVIL

IN RE: SONIC CORP. CUSTOMER
DATA SECURITY BREACH LITIGATION

DATE: March 23, 2018

CASE NO. 1:17MD2807

JUDGE JAMES S. GWIN

MAGISTRATE JUDGE JONATHAN D. GREENBERG

COURT REPORTER: n/a

Atty for Plaintiffs: William Federman

Attys for Defendants: Kari Rollins, P. Craig Cardon, David Poell

PROCEEDINGS: A telephonic conference regarding Defendants' Motion to Compel was conducted with the above participants.  The Parties were not able to resolve the matter.  A hearing on this Motion is set for April 4, 2018 at 10:00 a.m., in Courtroom 10B.  Lead counsel shall attend.  The Court will accept a brief by all Parties with supplemental legal authority, no more than three (3) pages in length, by close of business on March 28, 2018.  The Parties are encouraged to seek resolution of this matter prior to the hearing.

  15  minutes
Total Time

*s/ Jonathan D. Greenberg*
United States Magistrate Judge