The Court denies as moot plaintiffs' motion for leave to exceed the page limitation of their memorandum in opposition to defendants' motion to dismiss.  Under Local Rule 7.2, a motion to dismiss is a dispositive motion.  As such, Local Rule 7.1(f) already permits plaintiffs to file a responsive memorandum of up to 40 pages.  Signed 3/29/18.

s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| IN RE: SONIC CORP. CUSTOMER DATA BREACH LITIGATION | Case No. 1:17-md-02807-JSG<br><br>Judge James S. Gwin |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMITATIONS OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO L.R. 7.1(f)**

Plaintiffs in all consolidated actions in this court respectfully request an Order allowing an enlargement of the page limitations of Plaintiffs' Memorandum In Opposition to Defendants Sonic Corp., Sonic Franchising LLC, Sonic Industries LLC, Sonic Industries Services Incorporated, and Sonic Restaurants, Inc.'s Motion to Dismiss (Doc. No. 39) from fifteen (15) pages to up to forty (40) pages pursuant to Local Rule 7.1(f).  The reasons for the Plaintiffs' request are fully contained in the Memorandum in Support incorporated herein.

**WHEREFORE,** Plaintiffs in all consolidated actions respectfully request an Order allowing Plaintiffs to have up to forty (40) pages in their Memorandum in Opposition to Defendants' Motion to Dismiss pursuant to L.R. 7.1(f) and for all other relief this Court may deem just and proper.

Respectfully Submitted,

/s/Marc E. Dann, Esq.
Marc E. Dann (0039425)
Brian D Flick (0081605)
DANNLAW
P.O. Box 6031040
Cleveland, OH  44103
Phone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com