# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | | |
|---|---|---|
| In re: | ) | Case No. 1:17-md-02807-JSG |
| | ) | |
| SONIC CORP. CUSTOMER DATA BREACH LITIGATION | ) ) | Judge James S. Gwin |

## REPRESENTATIVE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

Named Plaintiffs Septabeya Bean, Patrick Blanford, Cornelius Bogard, Penny Bolin, Shadawna Carson, John Dolembo, Carlton Donovan, Shannon Gannon, Henry Gil, Esmeralda Hernandez, Melvin Hildreth III, Vonda Hoover, Barbara Kelley, Mark Korabelnikov, Megan MacKay, Dometric Pearson, Denise Ramirez, Edward Ramirez, Paula Sbabo, Cassandra Sharp, Linda Sipple, and Angela Williams ("Representative Plaintiffs"), individually and on behalf of a settlement class as defined in the accompanying Memorandum of Points and Authorities (the "Settlement Class"), by and through their counsel William B. Federman of Federman & Sherwood ("Interim Lead Counsel"); Marc E. Dann of DannLaw ("Interim Liaison Counsel"); Carin L. Marcussen of Federman & Sherwood; Brian D. Flick of DannLaw; Thomas A. Zimmerman, Jr. of Zimmerman Law Offices, P.C.; Melissa R. Emert of Stull, Stull, & Brody; Michael Fuller of Olsen Daines; and Miles N. Clark of Knepper & Clark LLC ("Plaintiffs' Steering Committee") (collectively, "Plaintiffs' Counsel" or proposed "Class Counsel"), hereby seek preliminary approval of the Class Action Settlement and for certification of the Settlement Class. The reasons and authority proffered in support of Representative Plaintiffs' request are set forth in the Memorandum of Points and Authorities incorporated herein.

WHEREFORE, Representative Plaintiffs respectfully request that the Court enter an order preliminarily approving the Settlement Agreement.

Dated:  October 10, 2018						Respectfully Submitted,

/s/ *William B. Federman*
William B. Federman
Carin L. Marcussen
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  (405) 235-1560
Facsimile:   (405) 239-2112
wbf@federmanlaw.com
clm@federmanlaw.com

*Interim Lead Counsel for Plaintiffs*

Marc E. Dann (0039425)
Brian D. Flick (0081605)
DANN LAW
P.O. Box 6031040
Cleveland, OH 44103
Telephone: (216) 373-0539
Facsimile:  (216) 373-0536
mdann@dannlaw.com
bflick@dannlaw.com
*Interim Liaison Counsel*

Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile:  (312) 440-4180
tom@attorneyzim.com

Melissa R. Emert
STULL, STULL, & BRODY
6 East 45th Street
New York, NY 10017
Telephone: (954) 341-5561
Facsimile:  (954) 341-5531
memert@ssbny.com

        Michael Fuller
        OLSEN DAINES
        US Bancorp Tower
        111 Southwest 5th Ave, Suite 3150
        Portland, Oregon 97204
        Telephone: (503) 201-4570
        Facsimile: (503) 362-1375
        michael@underdoglawyer.com

        Miles N. Clark
        KNEPPER & CLARK LLC
        10040 W. Cheyenne Ave., Suite 170-109
        Las Vegas, NV 89129
        Telephone: (702) 825-6060
        Facsimile: (702) 447-8048
        miles.clark@knepperclark.com

        *Plaintiffs Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, a copy of the foregoing was served via ECF upon the following counsel for Defendants:

| | |
|---|---|
| Kari M. Rollins<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>krollins@sheppardmullin.com | Craig C. Cardon<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>ccardon@sheppardmullin.com |
| Lisa Thomas<br>David M. Poell<br>Sheppard Mullin Richter & Hampton LLP<br>Three First National Plaza<br>70 West Madison Street, 48th Floor<br>Chicago, IL 60602<br>lmthomas@sheppardmullin.com<br>dpoell@sheppardmullin.com | David A. Riepenhoff<br>Melanie J. Williamson<br>Fishel Hass Kim Albrecht Downey LLP<br>7775 Walton Parkway, Suite 200<br>New Albany, OH 43054<br>driepenhoff@fishelhass.com<br>mwilliamson@fishelhass.com |

        /s/ *William B. Federman*
        William B. Federman
        *Interim Lead Counsel for Plaintiffs*