# **<u>Exhibit 2</u>**





# The Aftermath of a Data Breach: Consumer Sentiment

## Sponsored by Experian® Data Breach Resolution

Independently conducted by Ponemon Institute LLC

Publication Date: April 2014

Ponemon Institute© Research Report



# The Aftermath of a Data Breach: Consumer Sentiment

Ponemon Institute, April 2014

## Part 1. Introduction

Data breaches are in the headlines and on the minds of both businesses and consumers. While much of the dialog has been driven by companies that experienced a data breach, this new study sponsored by Experian® Data Breach Resolution explores consumers' sentiments about data breaches. Our goal is to learn the affect data breaches have on consumers' privacy and data security concerns. A similar study was conducted in 2012 and reveals some interesting trends in consumers' perceptions.

As part of the study, we asked consumers who were victims of a data breach questions about their experience. It may not come as a surprise that individuals who have had their personal information lost or stolen increased 100 percent since the 2012 study when only 25 percent of individuals surveyed were victims of a data breach.

For purposes of this research, we define a data breach as the loss or theft of information that can be used to uniquely identify, contact or locate you. This includes, but is not limited to, such information as Social Security number, IP address, driver's license number, credit card numbers and medical records.

A total of 797 individuals were surveyed and approximately 400 of these respondents say they were the victims of a data breach. By far, the primary consequence of a data breach is suffering from stress (76 percent of respondents) followed by having to spend time resolving problems caused by the data breach (39 percent of respondents).

The major themes of this research are as follows:

- Consumers' perceptions about organizations' responsibility to the victims.
- Trends in the experiences of data breach victims.
- The impact of media coverage on consumer sentiment about data breaches.

Following are some of the most salient findings of this research:

**What companies should do following a data breach**. Most consumers continue to believe that organizations should be obligated to provide identity theft protection (63 percent of respondents), credit monitoring services (58 percent) and such compensation as cash, products or services (67 percent). These findings are similar to the findings in the 2012 study.

**Credit card companies and retail stores sent the most notifications**. Sixty-two percent of respondents say they received two data breach notifications involving separate incidents. These notifications can be in the form of a letter, telephone call, email or public notice.

**Becoming a victim of a data breach increases fears about becoming an identity theft victim**. Prior to having their personal information lost or stolen, 24 percent say they were extremely or very concerned about becoming a victim of identity theft. Following the data breach, this concern increased significantly to 45 percent. Forty-eight percent of respondents say their identity is at risk for years or forever.

**How important is media coverage of data breaches?** The majority of respondents believe it is important for the media to report details about data breaches. Mainly because it requires companies to be more responsive to victims followed by the creation of greater awareness about how the data breach could affect individuals and alerts potential victims to take action to protect their personal information from identity theft.



**Part 2. Key findings**

In this section, we provide an analysis of the key results. The complete audited findings are presented in the appendix of this report.

- Consumers' perceptions about organizations' responsibility to the victims
- Trends in the experiences of data breach victims
- The impact of media coverage on consumer sentiment about data breaches

**Consumers' perceptions about organizations' responsibility to the victims**

**What companies should do following a data breach**. Most consumers continue to believe that organizations should be obligated to provide identity theft protection (63 percent of respondents), credit monitoring services (58 percent) and such compensation as cash, products or services (67 percent), as shown in Figure 1. These findings are similar to the findings in the 2012 study.

**Figure 1. Organization's obligation following a data breach**
Strongly agree and agree responses combined





**Trends in the experiences of data breach victims**

As part of the study, we asked consumers who were victims of a data breach questions about their experience. Fifty percent of respondents in this year's study say they received at least one data breach notification. Only respondents who had a data breach in the past two years participated in this part of the study.

**Credit card companies and retail stores sent the most notifications**.  According to Figure 2, 62 percent of respondents say they received two data breach notifications involving separate incidents. These notifications can be in the form of a letter, telephone call, email or public notice.

**Figure 2. Number of data breach notifications received for <u>different incidents</u> in the past 2 years**



Respondents say most notifications came from credit card companies, retail stores, social media, web retailer, banks and schools & universities, as shown in Figure 3. Since 2012, there were significant increases in notifications from certain industries.

**Figure 3. Types of organizations that sent notifications**
More than one response permitted





**Identity theft protection is not often offered in the notification**. As shown in Figure 4, only 25 percent of data breach notifications offered identity theft protection such as credit monitoring or fraud resolution services. This is a slight decrease from 2012 when 29 percent of respondents received such an offer.

**Figure 4. Did any of the notifications offer identity theft protection?**



**Notifications should focus on facts and what harms are possible.** Consumers' sentiments about how data breach notifications can be improved have not changed since 2012. However, respondents are even more adamant that notifications should explain the risks or harms they are most likely to experience as a result of a data breach and disclose all the facts, as shown in Figure 5. They also do not want companies to "sugar coat" the message.

**Figure 5. What could the organization do to improve the communication?**
Two responses permitted





**Consumers mostly ignore the notification**. The most frequent response to a notification is to ignore it and do nothing (32 percent of respondents) followed by the acceptance of free identity theft protection measures such as credit monitoring or fraud resolution services, as shown in Figure 6.

**Figure 6. How did you respond to the notifications you received in the past two years?**



**Becoming a victim of a data breach increases fears about becoming an identity theft victim**. Prior to having their personal information lost or stolen, 24 percent say they were extremely or very concerned about becoming a victim of identity theft, as revealed in Figure 7. Following the data breach, this concern increased significantly to 45 percent. Forty-eight percent of respondents say their identity is at risk for years or forever.

**Figure 7. Concerned about becoming an identity theft victim**



**Respondents worry about their Social Security numbers and passwords.** While 50 percent say the specific data stolen or lost was their name, 43 percent do not know what personal information was involved in the data breach. Figure 8 reveals the personal data respondents are most concerned about. Seventy-eight percent of respondents say they worry most about having their Social Security number stolen followed by passwords and PIN (71 percent) and credit card or bank payment information (65 percent).

**Figure 8. Personal data if lost or stolen would cause the most stress and financial loss**
Five responses permitted



By far, the biggest impact of the data breach was stress (76 percent of respondents). This is followed by having to spend time resolving problems caused by the data breach (39 percent of respondents). Only 6 percent say they found out that their identity was stolen, see Figure 8.

**Figure 9. What happened as a result of the data breach?**
More than one response permitted





**Financial consequences of a data breach are insignificant.** Eighty-one percent of respondents who were victims of a data breach did not have any out-of-pocket costs. If they did, it averaged about $38. Thirty-four percent say they were able to resolve the consequences of the breach in one day. Perhaps because the financial consequences are insignificant, 55 percent say they have done nothing to protect themselves and their family from identity theft, as shown in Figure 10.

**Figure 10. Steps taken to protect yourself from identity theft**
More than one response permitted



**Respondents rarely discontinued their relationship with the company that had a data breach.** Seventy-one percent of respondents say they did not leave the company primarily because it is too difficult to find another company with comparable products and services (67 percent of respondents) and data breaches affect most companies and they think it is unavoidable (61 percent of respondents), as shown in Figure 11.

**Figure 11. Reasons for continuing a relationship with the company after a data breach**
Two responses permitted





**What would encourage someone to stay a customer?** According to Figure 12, the majority of those respondents (54 percent) who say they discontinued the relationship said nothing would make a difference. This is followed by a sincere and personal apology (43 percent of respondents) and free identity theft protection and credit monitoring services (41 percent of respondents).

**Figure 12. What could be done to prevent you from discontinuing your relationship?**
Two responses permitted



**The impact of media coverage on consumer sentiment about data breaches**

**How aware are respondents about media coverage of data breaches**? Seventy-two percent of all respondents in this research say that they have heard or read about at least three stories about a data breach reported in the media in the past two years and 13 percent can't recall how many media stories they heard or read about, as shown in Figure 13. The Internet and newspapers are the primary source for the news about data breaches.

**Figure 13. How frequently did you hear or read about a data breach reported in the media in the past two years?**





**Media coverage about data breaches involving retail stores, social media and credit card companies were the most memorable for respondents**. However, 41 percent of respondents reading or hearing about the data breaches say it did not change their opinion about the company, as shown in Figure 13. Only 29 percent say they are less likely to have a relationship with the company.

**Figure 13. How did reading about the data breach affect your opinion about the company?**



**How important is media coverage?** According to Figure 14, the majority of respondents believe it is important for the media to report details about data breaches. Mainly because it requires companies to be more responsive to victims followed by the creation of greater awareness about how the data breach could affect individuals and alerts potential victims to take action to protect their personal information from identity theft.

**Figure 14. How important is it for the media to report details about data breaches?**



**What affects reputation most?** Data breaches are in the top 3 of incidents that affect reputation. As shown, the biggest reputation spoiler is poor customer service, according to 75 percent of respondents, as shown in Figure 15.

**Figure 15. The incident that would have the greatest impact on a company's reputation**
Two responses permitted





## Part 3. Methods

A randomized sampling frame consisting of 20,088 adult-aged individuals who reside within the United States were selected to participate in this survey. A total of 906 respondents completed the survey. Screening and failed reliability checks required us to remove 109 surveys. The final sample includes 797 surveys with a 4.0 percent response rate.

| Table 1. Sample response | Freq | Pct% |
|---|---|---|
| Sampling frame | 20,088 | 100% |
| Returned surveys | 906 | 4.5% |
| Screened or rejected surveys | 109 | 0.5% |
| Final sample | 797 | 4.0% |

Pie Chart 1 shows 47 present of respondents say they are between the ages of 26 and 45. Eleven percent are above 65 years.

**Pie Chart 1.  Age range of respondents**



Pie Chart 2 shows 54 percent of respondents say the have attended a university or college. Twenty-five percent say they completed a bachelor's degree.

**Pie Chart 2.  Highest level of education attained by respondents**





According to Pie Chart 3, 45 percent of respondents say they have household incomes at or below $60,000.  Less than 2 percent say their household income is above $250,000.

**Pie Chart 3.  Annual household income of respondents**



Legend:
- Less than $25,000
- $25,000 to $40,000
- $40,001 to $60,000
- $60,001 to $80,000
- $80,001 to $100,000
- $100,001 to $150,000
- $150,001 to $250,000
- More than $250,000

**Pie Chart 4.  U.S. regional location of respondents**

Pie Chart 4 shows 20 percent of respondents are located in the Northeast region and 19 percent located in the Mid-Atlantic region. Both the Midwest and Pacific-West regions each represents 18 percent of the sample. The Southeast represents the smallest regional segment at 12 percent.



Legend:
- Northeast
- Mid-Atlantic
- Midwest
- Southeast
- Southwest
- Pacific-West



**Part 4. Caveats**

There are inherent limitations to survey research that need to be carefully considered before drawing inferences from findings. The following items are specific limitations that are germane to consumer-based surveys.

- **Non-response bias**: The current findings are based on a sample of survey returns. We sent surveys to a representative sample of adult-aged consumers located in all regions of the United States, resulting in a large number of usable returned responses. Despite non-response tests, it is always possible that individuals who did not participate are substantially different in terms of their underlying beliefs than those who decided to complete the survey.

- **Sampling-frame bias**: The accuracy is based on contact information and the degree to which the sample is representative of individuals who are likely to receive data breach notifications. We also acknowledge that the results may be biased by external events such as media coverage at the time we fielded our survey. Because we used a web-based collection method, it is possible that non-web responses would have resulted in a different pattern of findings.

- **Self-reported results**: The quality of survey research is based on the integrity of confidential responses received from subjects. While certain checks and balances can be incorporated into the survey process, there is always the possibility that certain respondents did not provide accurate responses.



## Appendix: Detailed Survey Results

The following tables provide the frequency or percentage frequency of responses to all survey questions contained in this study. All survey responses were captured over a six-week period ending in March, 2014.

| Part 1: Attributions: Please rate the following statements using the five-point scale provided below each item. | Strongly agree | Agree |
|---|---|---|
| Q1. Organizations should be obligated to provide identity theft protection following a data breach involving the loss or theft of my personal information. | 31% | 32% |
| Q2. Organizations should be obligated to provide credit-monitoring services following a data breach involving the loss or theft of my personal information. | 30% | 28% |
| Q3. Organizations should be obligated to compensate data breach victims with cash, products or services they make. | 40% | 27% |

**Part 2. Data breach experience**

| Q4. Has any organization ever notified you about a data breach that involved your personal information? | FY 2014 |
|---|---|
| Yes | 50% |
| No [Proceed to Part 3] | 18% |
| Cannot recall [Proceed to Part 3] | 32% |
| Total | 100% |

**Only victims of a data breach will respond to the following questions: Q5 to Q20.**

| Q5. How many data breach notifications as described above, representing different incidents, have you received in the past 2 years? | FY 2014 |
|---|---|
| 1 | 32% |
| 2 | 30% |
| 3 | 15% |
| 4 | 6% |
| 5 | 7% |
| More than 5 | 10% |
| Total | 100% |

| Q6. Did any of the notifications offer identity theft protection such as credit monitoring or fraud resolution services? | FY 2014 |
|---|---|
| Yes | 25% |
| No | 70% |
| Unsure | 5% |
| Total | 100% |

| Q7. What could the organization do to improve the communication?  Please check the top two choices only. | FY 2014 |
|---|---|
| Reduce technical or legal terms | 23% |
| Do not "sugar coat" the message | 33% |
| Make the communication more personal | 25% |
| Disclose all facts | 56% |
| Explain the risks or harms that I will most likely experience as a result of the breach | 67% |
| Make the font or type size larger | 10% |
| The notification should be in the native language of the victim | 5% |
| Other (please specify) | 0% |
| Total | 219% |



| Q8. How did you respond to the one or more notifications you received in the past two years? Please check one response only | FY 2014 |
|---|---|
| I ignored the notification(s) and did nothing | 32% |
| I followed the advice provided in the notification(s) | 18% |
| I contacted the organization for more information | 21% |
| I accepted the offer of free identity theft protection measures such as credit monitoring or fraud resolution services | 29% |
| Total | 100% |

| Q9. Have you been the victim of one of the following mega data breaches? Check all that apply. | FY 2014 |
|---|---|
| Target | 33% |
| Snapchat | 2% |
| Coca-Cola | 0% |
| Michaels | 5% |
| Adobe | 22% |
| LinkedIn | 16% |
| J P Morgan Chase | 3% |
| Twitter | 11% |
| Facebook | 16% |
| Apple | 15% |
| Walgreens | 2% |
| Google Chrome | 6% |
| Nationwide Mutual Insurance | 8% |
| South Carolina Dept of Revenue | 9% |
| Sony | 29% |
| Nieman Marcus | 4% |
| None of the above | 34% |
| Total | 215% |

| Q10. Prior to the data breach(s), how concerned were you that you would become an identity theft victim? | FY 2014 |
|---|---|
| Extremely concerned | 11% |
| Very concerned | 13% |
| Concerned | 23% |
| Somewhat concerned | 30% |
| Not concerned | 23% |
| Total | 100% |

| Q11. Following the data breach(s), how concerned are you that you will now become an identity theft victim? | FY 2014 |
|---|---|
| Extremely concerned | 20% |
| Very concerned | 25% |
| Concerned | 11% |
| Somewhat concerned | 23% |
| Not concerned | 21% |
| Total | 100% |



| Q12. Please indicate the specific data that was lost or stolen? Check all that apply | FY 2014 |
|---|---|
| Name | 50% |
| Address | 26% |
| Email address | 22% |
| Telephone or mobile number | 27% |
| Age/DOB | 5% |
| Driver's license number | 1% |
| Gender | 2% |
| Marital status | 1% |
| Employer | 6% |
| Insurance policy number | 6% |
| CVV number from credit card | 15% |
| Educational background | 0% |
| Credit card or bank payment information | 38% |
| Credit or payment history | 9% |
| Password/PIN | 21% |
| Prescriptions | 2% |
| Social media accounts/handles | 15% |
| Health plan provider account number | 10% |
| Taxpayer identification number/Employer identification number | 2% |
| Social Security number | 26% |
| Other (please specify) | 2% |
| Don't know | 43% |

| Q13. What personal data if lost or stolen in this data breach do you believe would cause you the most stress and financial loss? Please select the top 5 only. | FY 2014 |
|---|---|
| Name | 5% |
| Address | 16% |
| Email address | 12% |
| Telephone or mobile number | 6% |
| Age/DOB | 5% |
| Driver's license number | 43% |
| Gender | 1% |
| Marital status | 0% |
| Employer | 11% |
| Insurance policy number | 10% |
| CVV number from credit card | 43% |
| Educational background | 1% |
| Credit card or bank payment information | 65% |
| Credit or payment history | 9% |
| Password/PIN | 71% |
| Prescriptions | 15% |
| Social media accounts/handles | 49% |
| Health plan provider account number | 37% |
| Taxpayer identification number/Employer identification number | 23% |
| Social Security number | 78% |
| Other (please specify) | 0% |
| Total | 500% |



| Q14. Please indicate the type of organization that reported the data breach to you? Please check all organizations that sent you a notice. | FY 2014 |
|---|---|
| Airline | 0% |
| Bank | 16% |
| Cable Company | 0% |
| Catalogue Merchant | 0% |
| Charitable Organization | 6% |
| Court & Public Records | 0% |
| Credit Card Company | 35% |
| Drug Store | 0% |
| Electric & Gas Utility | 0% |
| Gaming | 5% |
| Grocery Store | 8% |
| Hospitals & Clinics | 15% |
| Hotel | 8% |
| Information Broker | 0% |
| Insurance Company | 8% |
| Internet Service Provider | 5% |
| Financial Advisor | 2% |
| Law Enforcement | 0% |
| Legal & Accounting Firms | 0% |
| Mail or Postal Services | 0% |
| Railways or Bus Line | 0% |
| Retail Store | 35% |
| School & University | 16% |
| Social Media | 19% |
| State & Local Gov Agency | 9% |
| Telephone & Wireless | 11% |
| Travel Agency | 0% |
| Web Retailer | 17% |
| Other (please specify) | 2% |

| Q15. What happened to you as a result of the data breach? Check all that apply. | FY 2014 |
|---|---|
| I found out that my identity was stolen | 6% |
| I have had to spend time resolving problems caused by the breach | 39% |
| I have had fraudulent charges on my credit card | 25% |
| My credit report shows fraudulent activity | 21% |
| It was stressful | 76% |
| I lost money | 13% |
| None of the above | 21% |
| Other (please specify) | 1% |
| Total | 202% |



| Q16. What were your out-of-pocket costs to resolve the consequences of the data breach? | FY 2014 |
|---|---|
| Zero | 81% |
| Less than $10 | 9% |
| Between $10 and $50 | 5% |
| Between $51 and $100 | 3% |
| Between $101 and $500 | 1% |
| Between $501 and $1,000 | 0% |
| Between $1,001 and $5,000 | 1% |
| Between $5,001 and $10,000 | 0% |
| Between $10,001 and $25,000 | 0% |
| Between $25,001 and $50,000 | 0% |
| Between $50,001 and $100,000 | 0% |
| Greater than $100,000 | 0% |
| Total | 100% |

| Q17.  How long did it take to resolve the consequences of the breach? | FY 2014 |
|---|---|
| 1 day | 34% |
| 1 week | 21% |
| 1 month | 12% |
| 3 months | 4% |
| 6 months | 2% |
| 12 months | 5% |
| More than 1 year | 7% |
| Never resolved | 15% |
| Total | 100% |

| Q18. What are you doing to protect yourself from identity theft?  Check all that apply.. | FY 2014 |
|---|---|
| Nothing | 55% |
| Cancelled all credit or debit card account affected by the breach | 28% |
| Cancelled bank accounts affected by the breach | 6% |
| I am closely monitoring my credit reports | 21% |
| I hired a paid service to monitor my credit reports | 5% |
| I enrolled in an identity theft protection | 10% |
| I hired a lawyer to file lawsuit against the organization | 1% |
| Total | 126% |

| Q19a. Did you discontinue your relationship with the company after the data breach? | FY 2014 |
|---|---|
| Yes | 29% |
| No | 71% |
| Total | 100% |

| Q19b. If yes, what could the company have done to prevent you from discontinuing the relationship? Please select the top two reasons | FY 2014 |
|---|---|
| Free identity theft protection and credit monitoring services | 41% |
| A sincere and personal apology (not a generic notification) | 43% |
| Discounts on products or services | 15% |
| Gift cards | 8% |
| Access to a call center to respond to my concerns and provide information | 15% |
| None of the above would make a difference | 54% |
| Total | 176% |



| Q19c. If no, why did you continue your relationship with the company? Please select the top two reaches | FY 2014 |
|---|---|
| I am very pleased with the quality of service and products | 23% |
| The company resolved the data breach to my satisfaction | 45% |
| Data breaches affect most companies and I think unavoidable | 61% |
| It is too difficult to find another company with comparable products and services | 67% |
| Other | 4% |
| Total | 200% |

| Q20. How long following the data breach do you believe your identity is at risk? | FY 2014 |
|---|---|
| Days | 23% |
| Weeks | 14% |
| Months | 15% |
| Years | 22% |
| Forever | 26% |
| Total | 100% |

**Part 3. Media coverage of data breaches (all respondents)**

| Q21. How frequently did you hear or read about a data breach reported in the media in the past two years? | FY 2014 |
|---|---|
| None | 0% |
| 1 to 2 media stories | 15% |
| 3 to 5 media stories | 44% |
| More than six stories | 28% |
| Can't recall how many media stories | 13% |
| Total | 100% |

| Q22. If you heard or read about a data breach in the media, what was the source of the news? Check all that apply. | FY 2014 |
|---|---|
| Radio | 19% |
| Television | 39% |
| Newspapers | 40% |
| Internet | 48% |
| Social media | 26% |
| Total | 172% |

| Q23. After reading about the data breach in the media, how did it affect your opinion about the company? | FY 2014 |
|---|---|
| Did not change my opinion | 41% |
| I am less likely to have a relationship with the company | 29% |
| I will not have a relationship with the company | 13% |
| I will discontinue my relationship with the company | 15% |
| Don't know | 2% |
| Total | 100% |



| Q24. From the list below, please check the types of organizations that you remember had their data breach reported in the media. | FY 2014 |
|---|---|
| Airline | 0% |
| Bank | 26% |
| Cable Company | 0% |
| Catalogue Merchant | 0% |
| Charitable Organization | 12% |
| Court & Public Records | 0% |
| Credit Card Company | 44% |
| Drug Store | 2% |
| Electric & Gas Utility | 0% |
| Gaming | 3% |
| Grocery Store | 8% |
| Hospitals & Clinics | 13% |
| Hotel | 16% |
| Information Broker | 4% |
| Insurance Company | 10% |
| Internet Service Provider | 11% |
| Financial Advisor | 2% |
| Law Enforcement | 8% |
| Legal & Accounting Firms | 0% |
| Mail or Postal Services | 0% |
| Railways or Bus Line | 0% |
| Retail Store | 91% |
| School & University | 24% |
| Social Media | 67% |
| State & Local Gov Agency | 39% |
| Telephone & Wireless | 20% |
| Travel Agency | 0% |
| Web Retailer | 60% |
| Other (please specify) | 5% |

| Q25a. How important is it for the media to report details about data breaches? | FY 2014 |
|---|---|
| Very important | 23% |
| Important | 29% |
| Somewhat important | 32% |
| Not important | 16% |
| Total | 100% |

| Q25b. If important, why? | FY 2014 |
|---|---|
| Provides information about the data breach before the company can notify the victims | 11% |
| Creates greater awareness about how the data breach could affect individuals | 54% |
| Alerts potential victims to take action to protect their personal information from identity theft | 53% |
| Requires companies to be more responsive to victims | 67% |
| Could increase the services and financial compensation to victims | 12% |
| None of the above | 30% |
| Total | 227% |



| Q26. In your opinion, what incident involving a company would have the greatest impact on its reputation? Select the top two. | FY 2014 |
|---|---|
| Poor customer service | 75% |
| Labor or union disputes | 13% |
| Environmental incident | 33% |
| Data breach | 30% |
| Government fines | 18% |
| Publicized lawsuits | 29% |
| Other | 2% |
| Total | 200% |

**Part 4. Demographics**

| D1. Gender | FY 2014 |
|---|---|
| Female | 51% |
| Male | 49% |
| Total | 100% |

| D2. Age range | FY 2014 |
|---|---|
| 18 to 25 | 17% |
| 26 to 35 | 23% |
| 36 to 45 | 23% |
| 46 to 55 | 16% |
| 56 to 65 | 9% |
| 66 to 75 | 8% |
| 75+ | 4% |

| D3. Household income range | FY 2014 |
|---|---|
| Less than $25,000 | 6% |
| $25,000 to $40,000 | 12% |
| $40,001 to $60,000 | 27% |
| $60,001 to $80,000 | 30% |
| $80,001 to $100,000 | 12% |
| $100,001 to $150,000 | 8% |
| $150,001 to $250,000 | 3% |
| More than $250,000 | 2% |
| Total | 100% |

| D4. Highest level of education | FY 2014 |
|---|---|
| High School | 19% |
| Vocational | 18% |
| College (attended, no degree) | 28% |
| College (4 year degree) | 25% |
| Post Graduate | 9% |
| Doctorate | 1% |
| Total | 100% |

| Are you or another member of your immediate family an identity theft victim? | FY 2014 |
|---|---|
| Yes | 17% |
| No | 68% |
| Unsure | 15% |
| Total | 100% |



| Region where you are located | FY 2014 |
|---|---|
| Northeast | 19% |
| Mid-Atlantic | 19% |
| Midwest | 17% |
| Southeast | 12% |
| Southwest | 13% |
| Pacific-West | 20% |
| Total | 100% |

**For more information about this study, please contact Ponemon Institute by sending an email to research@ponemon.org or calling our toll free line at 1.800.887.3118.**

### Ponemon Institute
*Advancing Responsible Information Management*

Ponemon Institute is dedicated to independent research and education that advances responsible information and privacy management practices within business and government.  Our mission is to conduct high quality, empirical studies on critical issues affecting the management and security of sensitive information about people and organizations.

As a member of the **Council of American Survey Research Organizations (CASRO)**, we uphold strict data confidentiality, privacy and ethical research standards.  We do not collect any personally identifiable information from individuals (or company identifiable information in our business research). Furthermore, we have strict quality standards to ensure that subjects are not asked extraneous, irrelevant or improper questions.