# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| IN RE: SONIC CORP. CUSTOMER DATA BREACH LITIGATION (Financial Institutions) | MDL Case No. 1:17-md-02807-JSG <br><br> Hon. District Judge James Gwin |
| THIS DOCUMENT RELATES TO ALL FINANCIAL INSTITUTION ACTIONS | Hon. Magistrate Judge Jonathan Greenberg |

## SONIC DEFENDANTS' EXPERT WITNESS DISCLOSURE

Pursuant to this Court's Order issued October 29, 2019 (Dkt. 200), Defendants Sonic Corp. (n/k/a Sonic LLC); Sonic Franchising LLC; Sonic Industries LLC; Sonic Industries Services Inc.; Sonic Restaurants, Inc.; and Sonic Capital LLC (collectively, "Sonic Defendants"), hereby disclose that the Sonic Defendants may present evidence from the expert witnesses identified herein:

1. Andrew D. Richmond.  A copy of Mr. Richmond's curriculum vitae is attached hereto as **Exhibit A**.

2. Lorin M. Hitt.  A copy of Mr. Hitt's curriculum vitae is attached hereto as **Exhibit B**.

3. Bruce V. Hartley.  A copy of Mr. Hartley's curriculum vitae is attached hereto as **Exhibit C**.

Further, the Sonic Defendants expressly reserve, and do not waive, their right to identify additional experts as may be necessary to provide rebuttal testimony to Plaintiffs' experts' reports with respect to class certification issues and/or merits issues relating to this Financial Institution Track MDL litigation.

Dated: December 11, 2019                    Respectfully submitted,

s/ Kari M. Rollins
Kari M. Rollins
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212.634.3077
Fax: 917.438.6173
krollins@sheppardmullin.com

Craig Cardon
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: 310.228.3749
Fax: 310.228.3701
ccardon@sheppardmullin.com

Liisa M. Thomas
David M. Poell
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
70 West Madison Street, 48th Floor
Chicago, IL 60602
Telephone: 312.499.6300
Fax: 312.499.6301
lmthomas@sheppardmullin.com
dpoell@sheppardmullin.com

*Counsel for Sonic Defendants*
