UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

IN RE: SONIC CORP. CUSTOMER
DATA SECURITY BREACH
LITIGATION

(FINANCIAL INSTITUTIONS)

:
:
:
:
:
:
:
:
:

CASE NO. 1:17-md-2807
MDL No. 2807

ORDER

[Resolving Doc. 311]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

At the parties' January 28, 2021 conference, the Court granted Defendants leave to supplement their motion for summary judgment in light of class certification and the pending class opt-out period.[1] The Court moots the current pending summary judgment motion but incorporates the currently pending summary judgment together with the supplemental briefing. Defendant will not be required to refile the currently-filed summary judgement motion briefing.

Defendants are permitted to file a maximum-10-page supplemental brief by February 5, 2021. Plaintiffs must respond with a maximum-10-page supplemental brief by February 18, 2021.

The Court will defer oral arguments and a ruling on the supplemented motion for summary judgment until after the class opt-out period.

ITS IS SO ORDERED.

Dated: February 1, 2021

s/     James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 311; Doc. 359.