# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| IN RE: SONIC CORP. CUSTOMER DATA BREACH LITIGATION (Financial Institutions) | MDL Case No. 1:17-md-02807-JSG<br><br>Hon. District Judge James Gwin |
| THIS DOCUMENT RELATES TO ALL FINANCIAL INSTITUTION ACTIONS | Hon. Magistrate Judge Jonathan Greenberg |

## JOINT STIPULATION CONTINUING PRETRIAL DISCLOSURE DEADLINE

The Parties, through their respective counsel, stipulate to the following regarding the pretrial disclosure deadline for this matter:

1. In accordance with this Court's Order at the July 1, 2021 status conference, the Parties exchanged expert reports on July 23, 2021.

2. The Parties are working diligently to complete expert discovery in this matter as expeditiously as possible, and the Parties have scheduled depositions for each of Plaintiffs' three expert witnesses. Matthew Strebe's deposition occurred on August 20, 2021; Neil Librock's deposition is scheduled for August 27, 2021; and Ian Ratner's deposition is scheduled for September 1, 2021.

3. Based on this deposition schedule, the Parties have agreed to exchange their expert rebuttal reports by September 14, 2021.

4. The Court has scheduled this case for trial on the two-week standby period beginning October 11, 2021. While the Court has not set a deadline for completion of discovery, Federal Rule 26 requires the Parties to make their pretrial disclosures at least 30 days before trial. *See* Fed. R. Civ. P. 26(a)(3)(B). Based on the October 11 "trial-ready" date, the current pretrial disclosure deadline is Friday, September 10.

5. The Parties agree that all discovery in this case must be completed prior to the pretrial disclosure deadline. However, the September 10 deadline does not allow the Parties sufficient time to evaluate the rebuttal reports and depose expert rebuttal witnesses. Therefore, the Parties agree and stipulate that an extension of the September 10 pretrial disclosure deadline is necessary to provide enough time to complete expert discovery.

6. Pursuant to the Parties' stipulation, the Parties respectfully request that the Court strike and continue the September 10, 2021 pretrial disclosure deadline an additional three weeks—to and including October 1, 2021.

Dated:  August 24, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Charles H. Van Horn* (with consent) | */s/ Kari M. Rollins* |
| Charles H. Van Horn | Kari M. Rollins |
| Katherine M. Silverman | SHEPPARD MULLIN RICHTER & |
| Lauren S. Frisch | HAMPTON LLP |
| BERMAN FINK VAN HORN P.C. | 30 Rockefeller Plaza |
| 3475 Piedmont Road, NE, Suite1100 | New York, NY 10112 |
| Atlanta, GA 30305 | Telephone:  212.634.3077 |
| Telephone:  404.261.7711 | Fax:  917.438.6173 |
| Fax:  404.233.1943 | krollins@sheppardmullin.com |
| cvanhorn@bfvlaw.com | |
| ksilverman@bfvlaw.com | Craig Cardon |
| lfrisch@bfvlaw.com | SHEPPARD MULLIN RICHTER & |
| | HAMPTON LLP |
| Brian C. Gudmundson | 1901 Avenue of the Stars, Suite 1600 |
| Michael J. Laird | Los Angeles, CA 90067 |
| ZIMMERMAN REED LLP | Telephone: 310.228.3749 |
| 100 IDS Center | Fax: 310.228.3701 |
| 80 South 8th Street | ccardon@sheppardmullin.com |
| Minneapolis, MN 55402 | |
| Telephone:  612.341.0400 | Liisa M. Thomas |
| Fax:  612.341.0844 | David M. Poell |
| Brian.gudmundson@zimmreed.com | SHEPPARD MULLIN RICHTER & |
| Michael.laird@zimmreed.com | HAMPTON LLP |
| | 70 West Madison Street, 48th Floor |
| | Chicago, IL 60602 |
| | Telephone: 312.499.6300 |

-3-

Arthur M. Murray  
Caroline Thomas White  
MURRAY LAW FIRM  
650 Poydras Street, Suite 2150  
New Orleans, LA 70130  
Telephone: 504.525.8100  
Fax: 504.584.5249  
amurray@murray-lawfirm.com  
cthomas@murray-lawfirm.com  

Karen Sharp Halbert  
ROBERTS LAW FIRM P.A.  
20 Rahling Circle  
Little Rock, AR 72223  
Telephone: 501.821.5575  
Fax: 501.821.4474  
karenhalbert@robertslawfirm.us  

*Counsel for the Financial Institution Action Plaintiffs and the Class*

Fax: 312.499.6301  
lthomas@sheppardmullin.com  
dpoell@sheppardmullin.com  

*Counsel for the Sonic Defendants*