UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

IN RE: SONIC CORP. CUSTOMER DATA SECURITY BREACH LITIGATION

(FINANCIAL INSTITUTIONS)

CASE NO. 1:17-md-2807
MDL No. 2807

ORDER

[Resolving Doc. 471]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Before the Court is a motion by Defendants for leave to file unredacted documents. Defendants seek to file an unredacted version of its memorandum of points and authorities and four accompanying exhibits.[1] The documents are subject to a protective order, but Plaintiffs do not oppose the unredacted filing.[2]

The Court **GRANTS** Defendants' unopposed motion. The documents may be filed unsealed and unredacted.

ITS IS SO ORDERED.

Dated: October 7, 2021

s/      *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 471.
[2] Doc. 473.