UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

IN RE: SONIC CORP.
CUSTOMER DATA SECURITY
BREACH LITIGATION

(FINANCIAL INSTITUTIONS)

:
:  CASE NO. 1:17-md-2807
:  MDL No. 2807
:
:  ORDER
:  [Resolving Doc. 487]
:
:
:
:
:

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

In 2017, unidentified third parties accessed Sonic[1] customers' payment card data. The hackers obtained customer payment card information from more than three hundred Sonic Drive-Ins. This litigation followed, and the Court granted class certification.[2]

Sonic Defendants move to decertify the class, and Plaintiff Financial Institutions oppose the motion.[3] Now, Plaintiffs move to file under seal two exhibits to their opposition motion.[4] For the following reasons, the Court **GRANTS** the motion.

Plaintiff Financial Institutions seek to redact the exhibits for consistency with this Court's earlier order. In July 2021, the Court issued an order partially granting non-party Visa Inc.'s motion to seal.[5] The Court allowed Visa to redact certain proprietary information concerning Visa's internal processes and contractual rules.[6]

---

[1] Sonic Corporation and its subsidiaries and affiliates Sonic Industries Services, Inc., Sonic Capital LLC, Sonic Franchising LLC, Sonic Industries LLC, and Sonic Restaurants, Inc. (collectively, "Sonic" or "Sonic Defendants" or "Defendants").
[2] Doc. 343; Doc. 348.
[3] Doc. 477; Doc. 486.
[4] Doc. 487.
[5] Doc. 430.
[6] *Id.* at 3-4.

Case No. 1:17-md-2807
GWIN, J.

Now, Plaintiffs seek to redact the same information that was sealed under the Court's July 2021 order. Plaintiffs state that they will not redact any information beyond the categories identified in the Court's order.[7]

For consistency with the July 2021 order, the Court **GRANTS** the motion to file two exhibits under seal.

IT IS SO ORDERED.

Dated: November 10, 2021     *s/     James S. Gwin*
                              JAMES S. GWIN
                              UNITED STATES DISTRICT JUDGE

---

[7] Doc. 487.

- 2 -