# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| IN RE: SONIC CORP. CUSTOMER DATA BREACH LITIGATION (Financial Institutions)<br><br>THIS DOCUMENT RELATES TO ALL FINANCIAL INSTITUTION ACTIONS | )<br>) MDL Case No. 1:17-md-02807-JSG<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL

Plaintiffs American Airlines Federal Credit Union, Arkansas Federal Credit Union, and Redstone Federal Credit Union and the Sonic Defendants hereby jointly move the Court for an extension of time to move for preliminary approval of a tentative class action settlement. Specifically, the parties seek to present their proposed Settlement Agreement to the Court by April 18, 2022.

On February 3, 2022, the Court entered a Minute Order reflecting that the parties had come to an initial agreement to settle this matter following three days of mediation. ECF No. 505. In that Minute Order, the Court also set a deadline of March 7, 2022 for the parties to file "their motion for preliminary approval[.]" *Id*. However, a dispute arose regarding one of the key terms, which negotiation of the issue before Judge Greenberg. Non-Document Dkt. Order Mar. 4, 2022. In connection with the resolution of that dispute, the parties jointly moved the Court to move the deadline to file a motion for preliminary approval to April 4, 2022. ECF No. 507. The Court did not rule on that motion, but through negotiation and with Judge Greenberg's assistance, the parties resolved the dispute. ECF No 508; Non-Document Dkt. Order Mar. 14, 2022. Thereafter, the

parties continued negotiated the terms of the proposed Settlement Agreement and preliminary approval papers.

At this time, the parties are close to finalizing the Settlement Agreement and several exhibits and do not foresee any disputes or obstacles that threaten the process. However, the parties require a small amount of additional time to reach a final settlement agreement, prepare all related documentation, and to submit a motion for preliminary approval. The parties respectfully request that the Court extend the time for the parties to submit a motion for preliminary approval to April 18, 2022.

Dated: April 1, 2022

Respectfully submitted,

/s/ Brian C. Gudmundson
Brian C. Gudmundson
Michael J. Laird
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com

Charles H. Van Horn
Katherine M. Silverman
Lauren S. Frisch
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, NE
Suite 1100
Atlanta, GA 30305
Telephone: (404) 261-7711
Facsimile: (404) 233-1943
cvanhorn@bfvlaw.com
ksilverman@bfvlaw.com
lfrisch@bfvlaw.com

*Interim Co-Lead Counsel for Plaintiffs and the Class*

/s/ Craig Cardon
Craig Cardon
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: 310.228.3749
Fax: 310.228.3701
ccardon@sheppardmullin.com

Kari M. Rollins
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212.634.3077
Fax: 917.438.6173
krollins@sheppardmullin.com

Liisa M. Thomas
David M. Poell
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, IL 60602
Telephone: 312.499.6300

Arthur M. Murray
Stephen B. Murray, Sr.
Caroline Thomas White
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249
amurray@murray-lawfirm.com
smurray@murray-lawfirm.com
cthomas@murray-lawfirm.com

Joseph P. Guglielmo
Erin Green Comite
Margaret Ferron
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
mferron@scott-scott.com

Karen Sharp Halbert
William R. Olson
**ROBERTS LAW FIRM P.A.**
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
Facsimile: (501) 821-4474
karenhalbert@robertslawfirm.us
williamolson@robertslawfirm.us

*Executive Committee for Plaintiffs and the Class*

lthomas@sheppardmullin.com
dpoell@sheppardmullin.com

*Counsel for the Sonic Defendants*

## CERTIFICIATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Joint Motion for Extension of Time to File Motion for Preliminary Approval* with the Clerk, United States District Court, using the CM/ECF system, which will automatically send e-mail notification to counsel of record, and sent a courtesy copy of the same via electronic mail to the following attorneys of record:

| | |
|---|---|
| Kari M. Rollins | krollins@sheppardmullin.com |
| David Poell | dpoell@sheppardmullin.com |
| Craig C. Cardon | ccardon@sheppardmullin.com |

Dated: April 1, 2022        */s/ Brian C. Gudmundson*
          Brian C. Gudmundson
          Michael J. Laird
          **ZIMMERMAN REED LLP**
          1100 IDS Center
          80 South 8th Street
          Minneapolis, MN 55402
          Telephone: (612) 341-0400
          Facsimile: (612) 341-0844
          brian.gudmundson@zimmreed.com
          michael.laird@zimmreed.com