# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| IN RE: SONIC CORP. CUSTOMER DATA BREACH LITIGATION (Financial Institutions) <br><br> THIS DOCUMENT RELATES TO ALL FINANCIAL INSTITUTION ACTIONS | ) ) ) ) ) ) ) ) ) <br> MDL Case No. 1:17-md-02807-JSG |

## FINANCIAL INSTITUTION PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF NOTICE PLAN

Plaintiffs American Airlines Federal Credit Union, Arkansas Federal Credit Union, Redstone Federal Credit Union, and the certified Class ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully move the Court for an Order preliminarily approving the proposed class action settlement ("Settlement"), approving the proposed Notice Plan, and scheduling the final approval hearing as set forth in the Settlement Agreement attached as Exhibit A to the Declaration of Brian Gudmundson ("Gudmundson Declaration").

In support of this Motion, Plaintiffs rely on the attached Memorandum of Law, as well as the Declaration of Carla A. Peak of KCC Class Action Services, LLC, and the Declaration of Brian Gudmundson, and their supporting exhibits, and all documents filed therewith.

Dated: April 26, 2022

/s/ Brian C. Gudmundson
Brian C. Gudmundson
Michael J. Laird
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com

Charles H. Van Horn
Katherine M. Silverman
Lauren S. Frisch
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, NE
Suite 1100
Atlanta, GA 30305
Telephone: (404) 261-7711
Facsimile: (404) 233-1943
cvanhorn@bfvlaw.com
ksilverman@bfvlaw.com
lfrisch@bfvlaw.com

*Interim Co-Lead Counsel for Plaintiffs and the Class*

Joseph P. Guglielmo
Erin Green Comite
Margaret Ferron
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
mferron@scott-scott.com

Karen Sharp Halbert
William R. Olson
**ROBERTS LAW FIRM P.A.**
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
Facsimile: (501) 821-4474
karenhalbert@robertslawfirm.us
williamolson@robertslawfirm.us

Arthur M. Murray
Stephen B. Murray, Sr.
Caroline Thomas White
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249

amurray@murray-lawfirm.com
smurray@murray-lawfirm.com
cthomas@murray-lawfirm.com

*Executive Committee for Plaintiffs and the Class*

## CERTIFICIATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Financial Institution Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Approval of Notice Plan* with the Clerk, United States District Court, using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

| | |
|---|---|
| Kari M. Rollins | krollins@sheppardmullin.com |
| David Poell | dpoell@sheppardmullin.com |
| Craig C. Cardon | ccardon@sheppardmullin.com |

Dated: April 26, 2022

/s/ *Brian C. Gudmundson*
Brian C. Gudmundson
Michael J. Laird
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com