**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND**

| | |
|---|---|
| IN RE: SONIC CORP. CUSTOMER DATA BREACH LITIGATION (Financial Institutions) <br><br> THIS DOCUMENT RELATES TO ALL FINANCIAL INSTITUTION ACTIONS | ) ) ) ) ) ) ) ) )    MDL Case No. 1:17-md-02807-JSG |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND SERVICE PAYMENTS FOR CLASS REPRESENTATIVES**

Plaintiffs American Airlines Federal Credit Union, Arkansas Federal Credit Union, Redstone Federal Credit Union, and the certified Class ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully move the Court for an Order approving their motion for Attorneys' Fees, Reimbursement of Costs and Expenses, and Service Payments for Class Representatives.

In support of this Motion, Plaintiffs rely on the attached Memorandum of Law, as well as the Declaration of Brian C. Gudmundson with supporting exhibits, and all documents filed therewith.

Dated: August 8, 2022

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson
Michael J. Laird
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com

Charles H. Van Horn
Katherine M. Silverman
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, NE
Suite 1640
Atlanta, GA 30305
Telephone: (404) 261-7711
Facsimile: (404) 233-1943
cvanhorn@bfvlaw.com
ksilverman@bfvlaw.com

*Interim Co-Lead Counsel for Plaintiffs and the Class*

Joseph P. Guglielmo
Erin Green Comite
Margaret Ferron
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
mferron@scott-scott.com

Karen Sharp Halbert
William R. Olson
**ROBERTS LAW FIRM P.A.**
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
Facsimile: (501) 821-4474
karenhalbert@robertslawfirm.us
williamolson@robertslawfirm.us

Arthur M. Murray
Stephen B. Murray, Sr.
Caroline Thomas White
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249
amurray@murray-lawfirm.com
smurray@murray-lawfirm.com

cthomas@murray-lawfirm.com

*Executive Committee for Plaintiffs and the Class*

3

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Costs and Expenses, and Service Payments for Class Representatives* with the Clerk, United States District Court, using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

| | |
|---|---|
| Kari M. Rollins | krollins@sheppardmullin.com |
| David Poell | dpoell@sheppardmullin.com |
| Craig C. Cardon | ccardon@sheppardmullin.com |

Dated: August 8, 2022                     */s/ Brian C. Gudmundson*
                                          Brian C. Gudmundson
                                          Michael J. Laird
                                          **ZIMMERMAN REED LLP**
                                          1100 IDS Center, 80 South 8th Street
                                          Minneapolis, MN 55402
                                          Telephone: (612) 341-0400
                                          Facsimile: (612) 341-0844
                                          brian.gudmundson@zimmreed.com
                                          michael.laird@zimmreed.com