**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND**

| | |
|---|---|
| IN RE: SONIC CORP. CUSTOMER DATA BREACH LITIGATION (Financial Institutions) <br><br> THIS DOCUMENT RELATES TO ALL FINANCIAL INSTITUTION ACTIONS | ) ) ) ) ) ) ) ) )     MDL Case No. 1:17-md-02807-JSG |

**CLASS REPRESENTATIVES' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs American Airlines Federal Credit Union, Arkansas Federal Credit Union, and Redstone Federal Credit Union ("Class Representatives"), individually and on behalf the certified Class, respectfully move the Court for an Order granting final approval of the proposed class action settlement ("Settlement").

In support of this Motion, Plaintiffs rely on the record, and on the attached Memorandum of Law, the Declaration of Gio Santiago of KCC Class Action Services, LLC, and supporting exhibits, and any additional materials or argument that may be presented to the Court.

Respectfully submitted,

Dated: September 22, 2022

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson
Michael J. Laird
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com

Charles H. Van Horn
Katherine M. Silverman
Lauren S. Frisch
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, NE
Suite 1640
Atlanta, GA 30305
Telephone: (404) 261-7711
Facsimile: (404) 233-1943
cvanhorn@bfvlaw.com
ksilverman@bfvlaw.com
lfrisch@bfvlaw.com

*Interim Co-Lead Counsel for Plaintiffs and the Class*

Joseph P. Guglielmo
Erin Green Comite
Margaret Ferron
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
mferron@scott-scott.com

Karen Sharp Halbert
William R. Olson
**ROBERTS LAW FIRM P.A.**
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
Facsimile: (501) 821-4474
karenhalbert@robertslawfirm.us
williamolson@robertslawfirm.us

Arthur M. Murray
Stephen B. Murray, Sr.
Caroline Thomas White
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249

amurray@murray-lawfirm.com
smurray@murray-lawfirm.com
cthomas@murray-lawfirm.com

*Executive Committee for Plaintiffs and the Class*

## CERTIFICIATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Class Representatives' Motion for Final Approval of Class Action Settlement* with the Clerk, United States District Court, using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

| | |
|---|---|
| Kari M. Rollins | krollins@sheppardmullin.com |
| David Poell | dpoell@sheppardmullin.com |
| Craig C. Cardon | ccardon@sheppardmullin.com |

Dated: September 22, 2022

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson
Michael J. Laird
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com