UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: SONIC CORP. CUSTOMER DATA SECURITY BREACH | ) ) ) ) ) ) ) ) | CASE NO.  1:17md2807<br><br>JUDGE JAMES S. GWIN<br><br>**ORDER** |

The undersigned having been notified by the Clerk that no cases remain in this matter, it is hereby ORDERED that this Master Docket is closed, and this Multidistrict Litigation is terminated.

**IT IS SO ORDERED.**

**James S. Gwin**
**United States District Judge**