# EXHIBIT B

Email from Kari Rollins

Hi Marc,

We have approval to split the funds between local legal aid in Oklahoma City and in Cleveland.

Best,

Kari

**Kari M. Rollins** | New York Co-Managing Partner
+1 212-634-3077 | direct
krollins@sheppardmullin.com **|** Bio

**SheppardMullin**
30 Rockefeller Plaza
New York, NY 10112-0015
+1 212-653-8700 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Marc Dann <mdann@dannlaw.com>
**Sent:** Friday, February 14, 2025 9:55 AM
**To:** JGeraci@kccllc.com
**Cc:** Kari Rollins <krollins@sheppardmullin.com>; William B. Federman (WBF) <wbf@federmanlaw.com>
**Subject:** Cy Pres for Sonic MDL

Jay:

Can you prepare a declaration as to the funds available for Cy Près in the Sonic MDL so that I can file a motion with the court regarding distribution.

Marc

Marc Dann
DannLaw
15000 Madison Ave.
Cleveland OH 44107