IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | | |
|---|---|---|
| In re: | ) | Case No. 1:17-md-02807-JSG |
| | ) | |
| SONIC CORP. CUSTOMER DATA BREACH LITIGATION | ) ) | Judge James S. Gwin |

**ENTRY**

This matter is before the Court on Representative Plaintiffs Penny Bolin, Shannon Gannon, Henry Gil, Esmeralda Hernandez, Melvin Hildreth III, Megan MacKay, Dometric Pearson, Paula Sbabo, and Cassandra Sharp ("Representative Plaintiffs") and Individual Named Plaintiffs Septabeya Bean, Patrick Blanford, Cornelius Bogard, Shadawna Carson, John Dolembo, Carlton Donovan, Vonda Hoover, Barbara Kelley, Mark Korabelnikov, Denise Ramirez, Edward Ramirez, Linda Sipple, and Angela Williams ("Individual Named Plaintiffs") (together with Representative Plaintiffs, "Plaintiffs")'s Unopposed Motion to Distribute *Cy Pres* Funds. The reasons for Plaintiffs' Motion are fully contained therein.

For good cause shown, the Court hereby GRANTS Plaintiffs' Motion. Vertias Global is hereby permitted to distribute the remaining $163,702.03 to the following *cy pres* recipients:

1. $81,851.02 to Legal Aid Society of Cleveland; and

2. $81,851.01 to Legal Aid Services of Oklahoma.

**SO ORDERED.**

Dated: _____   _____
                                                                                        Hon. Judge S. Gwin
                                                                                        United States District Court Judge